AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____

**APPEARANCE**

Case Number: 03m-1150-JGD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Anibal Torres

_10-30-03_____         _____
Date                                                       Signature

                                                  James E. Tarogino
                                                  Print Name

                                                  133 Merrimack St
                                                  Address

                                                  Lowell         MA         01879
                                                  City           State      Zip Code

                                                  978-852-5651
                                                  Phone Number