UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | 03-M-1150-JGD |
| ) | |
| v.  ) | |
| ) | |
| ) | |
| ANIBAL TORRES  ) | |

## MOTION TO WITHDRAW

Now comes counsel for the above named defendant, and moves this honorable court to allow his withdrawal from the above-entitled matter. As reason therefore, counsel asserts that allowance of this motion is in the interest of justice.

Respectfully submitted,                Dated: November 14, 2003
Anibal Torres
By his attorney,

*/s/ James E. Tamagini, Jr.*
James E. Tamagini, Jr.
MA Bar#555589
Tamagini Law Offices
133 Merrimack Street
Lowell, MA 01852
978-970-1046