UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 03-M-1150-JGD |
| ) | |
| FABIAN RUIZ ) | |
| ) | |

## JOINT MOTION TO EXTEND ORDER TO PRESERVE EVIDENCE

Counsel for Treavor Teague, Fabian Ruiz, Christopher Sugar, Anibal Torres and Sean Stark request this Court to extend its Order dated February 4, 2004 (No. 50 on the Docket) to preserve evidence, as amended, until August 20, 2004. As grounds therefor, the defendants' counsel have inspected the evidence once and, based on that inspection, require a further examination with their respective expert witnesses.

The Government assents to this Motion.

Fabian Ruiz,
By his attorney,

Valerie S. Carter
CARTER & DOYLE LLP
530 Atlantic Avenue
Boston, MA 02210
617-348-0525
vcarter@carterdoyle.com

1

Trevor Teague,
By his attorney,

*Elliot M. Weinstein* (w/ permission by VSC)

Elliot M. Weinstein
228 Lewis Wharf
Boston, MA  02110
defense228@aol.com

ASSENTED TO:

*Cynthia Lie* (w/ permission by VSC)

U.S. Attorney
By:  Cynthia Lie, Esq.
One Courthouse Way
Boston, MA  02210
Cynthia.lie@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2004 a true copy of the above document was served upon the attorney of record for each other party via facsimile.

*Valerie S. Carter*

Valerie S. Carter, Esq.