UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.   03-1-362-PBS

v.

ANIBAL TORRES

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                                    August 27, 2004

    The Sentencing previously scheduled for October 11, 2004, has been **rescheduled** to **October 25, 2004, at 3:00 p.m.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc