UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  03-10362-PBS |
| v. | |
| ANIBAL TORRES | |

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                                           February 4, 2005

     The Sentencing previously scheduled for February 23, 2005, has been **rescheduled** to **February 25, 2005, at 9:30 a.m.**

                              By the Court,

                              /s/ Robert C. Alba
                              Deputy Clerk

Copies to:  All Counsel

resched.ntc