UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                                           )
                                           )
v.                                          )        CRIM. NO. 03-10362-PBS
                                           )
                                           )
ANIBAL TORRES              )

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

    Counsel for the defendant Anibal Torres respectfully moves this Court for a continuance of the sentencing hearing in the above-captioned case.  The sentencing is currently set for February 23, 2005.  The defendant requests a continuance until the second week of March, 2005.

    In support of this motion, undersigned counsel states that the current sentencing date is set during school vacation here in the Commonwealth, and that counsel is hoping to be out of town with her family during the week of February 21, 2005.  For this reason, counsel requests an accommodation from this Court so that she may vacation with her children on February 23.

Counsel has discussed this motion with Assistant U.S. Attorney Cynthia Lie and represents that Ms. Lie has no objection to this request for a continuance.

                                       Respectfully submitted,

                                       By his attorney,

                                       _____
                                       /s/ Syrie D. Fried
                                       Syrie D. Fried
                                          B.B.O. # 555815
                                       Federal Defender Office
                                       408 Atlantic Avenue, 3rd Floor
                                       Boston, MA  02110
                                       Tel: 617-223-8061