UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  03-10362-PBS |
| v. | |
| ANIBAL TORRES | |

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                                                          March 4, 2005

    The Sentencing previously scheduled for March 9, 2005, has been **rescheduled** to **March 31, 2005, at 4:00 p.m.**

                              By the Court,

                              _/s/ Robert C. Alba_
                              Deputy Clerk

Copies to:  All Counsel

resched.ntc