UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

               v.                CRIMINAL NO.  03-10362-PBS

**ANIBUL TORRES**
     Defendant

## MEMORANDUM OF SENTENCING HEARING
## AND
## REPORT OF STATEMENT OF REASONS

**Saris, D.J.**

Counsel and the defendant were present for sentencing hearing on 3/31/05. The Court has considered the factors set forth in 18 U.S.C. §3553(a), including the sentencing guidelines. The reasons for sentence were stated in open court.

1. (a) Were all factual statements contained in the Presentence Report (PSR) adopted without objection?

    __X__ yes   ____ no

   (b) If no to (a) the PSR was adopted in part with the exception of the following factual issues in dispute:

   2. Are any legal issues in dispute?

       ____ yes   __X__ no

      If yes, describe disputed issues and their resolution:

2. (a) Tentative findings as to advisory guidelines are:

   Total Offense Level:  __23__

   Criminal History Category:  __II__

   __60__ to __71__ months imprisonment

   __48__ to __60__ months supervised release

   $ __10,000__ to $ __4,000,000__ fine

   (plus $_____ cost of imprisonment/supervision)

    $_____ restitution

    $___200_____ special assessment ($_____ on each of counts _____)

 (b) Are there any legal objections to tentative findings?

    ____ yes   _X_ no

3.(a) Remarks by counsel for defendant.[1]

    _X_ yes   ____ no

 (b) Defendant speaks on own behalf.

    _X_ yes   ____ no

 (c) Remarks by counsel for government.

    _X_ yes   ____ no

4.(a) The sentence will be imposed as follows:

   _Time served_ months imprisonment (17 months and 8 days)

   _____ months/intermittent community confinement

   _____ months probation

   _____48_____ months supervised release

 $ _____ fine (including cost of imprisonment/supervision)

 $_____ restitution

 $ ____200_____ special assessment ($_____ on each of counts _____)

 Other provisions of sentence: (community service, forfeiture, etc.):

- SUBSTANCE ABUSE COUNSELING AND TESTING
- PROCURE FULL-TIME EMPLOYMENT
- PROCURE G.E.D.

 (b) After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

5.  Statement of reasons for imposing sentence.
    Check appropriate space.

(a) ___ Sentence is within the advisory guideline range

(b) ___ Sentence departs from the advisory guideline range as a result of:

  _X_ substantial cooperation upon motion of the government

OR

  ___ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

6.(a) Is the sentence under the advisory sentencing guidelines reasonable in light of the factors set forth in 18 U.S.C. §3553(a)

  _X_ yes  ___ no

(b) If no, why is the guideline sentence unreasonable?

(c) Is restitution applicable in this case?

  ___ yes  ___ no

Is full restitution imposed?

  ___ yes  ___ no

If no, less than full restitution is imposed for the following reasons:

(d) Is a fine applicable in this case?

  _X_ yes  ___ no

Is the fine within the guidelines imposed?

  ___ yes  _X_ no

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

3

    ___  Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

    ___  Imposition of a fine would unduly burden the defendant's dependents; OR

    ___  Other reasons as follows:

7. Was a plea agreement submitted in this case?

    __X__ yes  _____ no

8. The PSR is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

9. Judgment will be prepared by the clerk in accordance with above.

10. The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

4/1/05                                                             /s/ Patti B. Saris
_____                                    _____
  Date                                            United States District Judge